ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Northrop Grumman Corporation | ) ASBCA No. 61775 |
| | ) |
| Under Contract No. FA8620-13-D-3014 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:     James A. Tucker, Esq.
                                                                     David A. Churchill, Esq.
                                                                     Daniel E. Chudd, Esq.
                                                                       Morrison & Foerster LLP
                                                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
                                                                       DCMA Chief Trial Attorney
                                                                     Robert L. Duecaster, Esq.
                                                                       Trial Attorney
                                                                       Defense Contract Management Agency
                                                                       Chantilly, VA

OPINION BY ADMINISTRATIVE JUDGE PROUTY

In our decision dated October 7, 2020, we sustained the appeal in whole and remanded it to the parties to calculate quantum. *See Northrop Grumman Corp.*, ASBCA No. 61775, 20-1 BCA ¶ 37,712 at 183,604. The parties have subsequently come to an agreement upon the proper figure for the award in this appeal and submitted a joint stipulation to the Board requesting the entry of judgment in that agreed-upon amount.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $68,511,032.45. This amount is inclusive of Contract Disputes Act interest if payment is made within 30 days of the entry of this judgment. If payment is not made within that time, interest shall be paid on any amount still owing, up to $61,841,597.45,* pursuant to

---

* We cap the amount of the judgment upon which interest may be paid at $61,841,597.45 because that is the amount that the parties have stipulated is the "principal" amount of the claim, with the balance of the $68,511,032.45 judgment being already-incurred Contract Disputes Act interest, which is not subject to further interest. Although the parties' stipulation was somewhat ambiguous on this matter, their joint motion for entry of judgment (which this judgment reflects) was not, and we presume that the parties intended a judgment which is statutorily permissible.

41 U.S.C. § 7109 from February 28, 2021 until date of payment.

Dated: April 16, 2021

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61775, Appeal of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated: April 16, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2